UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 17-21658-CIV-MARTINEZ-OTAZO-REYES

PHILLIPE PARDON and SHANNON K.
MCCARTHY, D.M.D., M.S. individually and
on behalf of all others similarly situated,

    Plaintiffs,

vs.

FLURRY LIVE, INC., a foreign corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon Plaintiffs' Notice of Voluntary Dismissal with Prejudice [ECF No. 36]. It is:

**ADJUDGED** that this action is **DISMISSED with prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED AS MOOT**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of September, 2017.

*[signature]*
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record